McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN KHAN, | ) |
| | ) Case No.: 2:19-cv-399 TLN KJN |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILIAM P. BARR, et al., | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: EXTENSION OF TIME** |
| Defendants. | ) |
| | ) |
| | ) |

Defendants seek an additional 45 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on June 28, 2019.

//

//

//

//

//

//

1

| | | |
|---|---|---|
| 1 | Dated: May 14, 2019 | Respectfully submitted, |
| 2 | | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | | s/ Audrey B. Hemesath<br>AUDREY B. HEMESATH |
| 5 | | Assistant United States Attorney |
| 6 | | s/ Wahida Noorzad |
| 7 | | WAHIDA NOORZAD<br>Attorney for the Plaintiff |

ORDER

It is so ordered.

Dated: May 15, 2019

_____
Troy L. Nunley
United States District Judge